Decided July 15, 1993

STATE OF CONNECTICUT *v.* RICKY ELLIS

The defendant's petition for certification for appeal
from the Appellate Court, 31 Conn. App. 923 (AC
10760), is granted, limited to the following issues:

"1. Was the Appellate Court correct in concluding
the defendant's rights were not violated by an instruc-

tion defining reasonable doubt as 'a doubt for which no valid reason can be assigned . . . such a doubt as in serious affairs which concern you in everyday life you would pay some strict attention to' and by an instructional caveat limiting the presumption of innocence to protect[ing] the innocent and not the guilty?

"2. Was the May 17, 1991 panel of venirepersons summoned in a manner that violated the defendant's constitutional right to a jury selected from a fair cross section of the community?

"It is further ordered that the matter be remanded to the trial court for an evidentiary hearing and written findings on the following factual issues: On May 15, 1991, were additional venirepersons selected in the case of *State* v. *Webb,* Superior Court, judicial district of Hartford-New Britain at Hartford, Docket No. CR 89 371150 (September 12, 1991), on a nonrandom, racial basis in order to make more minority venirepersons available in that case; and if so, did that process result in fewer minority venirepersons available for the May 17, 1991 panel of venirepersons in this case? See *State* v. *Ellis,* 224 Conn. 711 (1993)."

The Supreme Court docket number is SC 14808.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided July 30, 1993